```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/2/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY ROHAN O'NEIL BLAKE,

                Petitioner,

-against-

THOMAS DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; ALEJANDRO MAYORKAS, in his official capacity as Secretary of the U.S. Department of Homeland Security; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States and U.S Department of Homeland Security; CARL E. DUBOIS, Sheriff, Orange County,

                Respondents.

22 Civ. 9692 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 14, 2022, Petitioner filed a petition for a writ of habeas corpus and an accompanying memorandum of law. ECF No. 1. It is hereby ORDERED that:

1. By **December 16, 2022**, Respondents shall file their opposition; and
2. By **December 23, 2022**, Petitioner shall file his reply, if any.

SO ORDERED.

Dated: December 2, 2022
        New York, New York

                                          ANALISA TORRES
                                   United States District Judge