```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED:  10/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY ROHAN O'NEIL BLAKE,

                    Petitioner,

-against-

KENNETH GENALO, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; ALEJANDRO MAYORKAS, in his official capacity as Secretary of the U.S. Department of Homeland Security; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States and U.S Department of Homeland Security; CARL E. DUBOIS, Sheriff, Orange County,

                    Respondents.

22 Civ. 9692 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 14, 2022, Petitioner, Anthony Rohan O'Neil Blake, filed a petition for a writ of habeas corpus and an accompanying memorandum of law. ECF No. 1. Blake, who was detained by U.S. Immigration and Customs Enforcement, sought his immediate release or, in the alternative, a bond hearing. *See id.*[1] On October 19, 2023, the parties jointly filed a letter informing the Court that on September 28, 2023, Blake had been released from detention in connection with a grant of deferred action. ECF No. 14. Blake's petition for release or a bond hearing is, therefore, moot. *See Pierre-Paul v. Sessions*, 293 F. Supp. 3d 489, 492–93 (S.D.N.Y. 2018).

    Accordingly, Blake's petition for a writ of habeas corpus is DISMISSED as moot without prejudice to Blake's ability to seek habeas relief from the appropriate court should he be re-detained. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: October 20, 2023
         New York, New York

                                              ANALISA TORRES
                                            United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kenneth Genalo, the current New York field office director for U.S. Immigration and Customs Enforcement, shall be substituted for Thomas Decker. *See* ECF No. 14 at 1 n.1.